UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
KAREN V. OBER, as Executrix of the Estate of P.
DAVID OBER,              Civil Action No.: 08-CV-01912
                                                     (JGK)(KNF)
                  Plaintiff,

                  v.                            STIPULATION EXTENDING TIME
                                                     TO ANSWER OR OTHERWISE
FINANCIAL INDUSTRY REGULATORY         MOVE WITH RESPECT TO THE
AUTHORITY - DISPUTE RESOLUTION, INC.,   COMPLAINT

                  Defendant.

------------------------------------------------------------- x

IT IS hereby stipulated by and between Munzer & Saunders, LLP, attorneys for plaintiff, and Drinker Biddle & Reath LLP, attorneys for defendant, that the time within which defendant shall answer or otherwise move with respect to the Complaint is extended from March 4, 2008, up to and including April 4, 2008.

MUNZER & SAUNDERS
Attorneys for Plaintiff

By: _____
     Craig Saunders
609 Fifth Avenue, 6th Floor
New York, New York 10017
(212) 755-0008

DRINKER BIDDLE & REATH LLP
Attorneys for Defendant

By: _____
     Matthew Farley
140 Broadway, 39th Floor
New York, NY 10005
(212) 248-3140

Dated: March    , 2008

        SO ORDERED.

                                                        _____
                                                        JOHN G. KOELTL, U.S.D.J.

SFNY1 110747v1