03/04/2008 13:14  2128324092                                           PAGE 02/02
03/03/2008 15:52 FAX 2122483141      DRINKER BIDDLE & REATH            ☒002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
KAREN V. OBER, as Executrix of the Estate of P. :
DAVID OBER,                                     :   Civil Action No.: 08-CV-01912
                                                :   (JGK)(KNF)
                            Plaintiff,          :
                                                :
              v.                                :   STIPULATION EXTENDING TIME
                                                :   TO ANSWER OR OTHERWISE
FINANCIAL INDUSTRY REGULATORY                   :   MOVE WITH RESPECT TO THE
AUTHORITY - DISPUTE RESOLUTION, INC.,           :   COMPLAINT
                                                :
                            Defendant.          :
                                                :
-------------------------------------------------------------- x

     IT IS hereby stipulated by and between Munzer & Saunders, LLP, attorneys for plaintiff, and Drinker Biddle & Reath LLP, attorneys for defendant, that the time within which defendant shall answer or otherwise move with respect to the Complaint is extended from March 4, 2008, up to and including April 4, 2008.

MUNZER & SAUNDERS                          DRINKER BIDDLE & REATH LLP
Attorneys for Plaintiff                    Attorneys for Defendant

By: _____/s/_____                By: _____/s/_____
    Craig Saunders                             Matthew Farley
    609 Fifth Avenue, 6th Floor                140 Broadway, 39th Floor
    New York, New York 10017                   New York, NY 10005
    (212) 755-0008                             (212) 248-3140

Dated: March ___, 2008

SO ORDERED.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

_____/s/_____
JOHN G. KOELTL, U.S.D.J.
3/5/08