UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

KAREN V. OBER, as Executrix of the Estate of P. DAVID OBER,

          Plaintiff,

v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY - DISPUTE RESOLUTION, INC.,

          Defendant.

------------------------------------------------------------ x

Civil Action No.: 08-CV-01912 (JGK)(KNF)

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE WITH RESPECT TO THE COMPLAINT

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

IT IS hereby stipulated by and between Munzer & Saunders, LLP, attorneys for plaintiff, and Drinker Biddle & Reath LLP, attorneys for defendant, in connection with the parties' ongoing attempts to resolve this matter, that the time within which defendant shall answer or otherwise move with respect to the Complaint is extended from April 4, 2008, up to and including May 4, 2008.

MUNZER & SAUNDERS
Attorneys for Plaintiff

By: _____
Craig Saunders
609 Fifth Avenue, 6th Floor
New York, New York 10017
(212) 755-0008

Dated: April 3, 2008

DRINKER BIDDLE & REATH LLP
Attorneys for Defendant

By: _____
Matthew Farley
140 Broadway, 39th Floor
New York, NY 10005
(212) 248-3140

SO ORDERED.

4/9/08

_____
JOHN G. KOELTL, U.S.D.J.

SFNY1 110747v1