|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>--------------------------------------------------------- x<br>KAREN V. OBER, as Executrix of the Estate of P.<br>DAVID OBER,<br>                          Plaintiff,<br><br>                         v.<br><br>FINANCIAL INDUSTRY REGULATORY<br>AUTHORITY - DISPUTE RESOLUTION, INC.,<br>                         Defendant.<br>--------------------------------------------------------- x | USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 5/5/08<br><br>Civil Action No.: 08-CV-01912<br>(JGK)(KNF)<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the undersigned attorneys that, pursuant to FED. R. CIV. P. 41(a)(1), the above-entitled action and the underlying state court action which was removed to this Court be, and the same hereby are, dismissed with prejudice and without costs or fees to either party as against the other. This dismissal is on the merits.

MUNZER & SAUNDERS
Attorneys for Plaintiff

By: _____
    Craig Saunders
    609 Fifth Avenue, 6th Floor
    New York, New York 10017
    (212) 755-0008

Dated: May 1, 2008

DRINKER BIDDLE & REATH LLP
Attorneys for Defendant

By: _____
    Matthew Farley
    140 Broadway, 39th Floor
    New York, NY 10005
    (212) 248-3140

SO ORDERED:
_____
JOHN G. KOELTL, U.S.D.J.

5/2/08

STNY1 110747v1