```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
KAREN V. OBER, as Executrix of the Estate of P. DAVID OBER,

          Plaintiff,

v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY - DISPUTE RESOLUTION, INC.,

          Defendant.
---------------------------------------------------------- x

Civil Action No.: 08-CV-01912 (JGK)(KNF)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the undersigned attorneys that, pursuant to FED. R. CIV. P. 41(a)(1), the above-entitled action and the underlying state court action which was removed to this Court be, and the same hereby are, dismissed with prejudice and without costs or fees to either party as against the other. This dismissal is on the merits.

MUNZER & SAUNDERS
Attorneys for Plaintiff

By: _____
    Craig Saunders
609 Fifth Avenue, 6th Floor
New York, New York 10017
(212) 755-0008

Dated: May 1, 2008

DRINKER BIDDLE & REATH LLP
Attorneys for Defendant

By: _____
    Matthew Farley
140 Broadway, 39th Floor
New York, NY 10005
(212) 248-3140

SO ORDERED:
_____
JOHN G. KOELTL, U.S.D.J.

5/5/08

SFNY1 110747v1