# DrinkerBiddle&Reath LLP

140 Broadway
39TH Floor
New York, NY
10005-1116

212-248-3140
212-248-3141 fax
www.drinkerbiddle.com

Matthew Farley
212-248-3150
matthew.farley@dbr.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

**RECEIVED MAY 0 5 2008 CHAMBERS OF JUDGE JOHN G. KOELTL**

**VIA HAND DELIVERY**

May 2, 2008

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007-1312

Re:  Ober v. Financial Industry Regulatory Authority
     Civil Action No. 08-CV-01912 (JGK)(KNF)

Dear Judge Koeltl:

Enclosed please find a courtesy copy of the Stipulation of Dismissal in the above matter, which was filed with the Orders and Judgments Clerk earlier today. As the case has been resolved, pending your approval, we hereby request that the conference scheduled for Monday, May 5, 2008 be cancelled.

Respectfully submitted,

Matthew Farley

MF/ls
Enclosure

cc: Craig Saunders, Esq. (via email)

*Conference Cancelled*
*So ordered.*
*5/5/08*
*[signed] Koeltl*
*U.S.D.J.*

*Established 1849*

SFNY1 111333v1